# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| GREERWALKER, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-00235 |
| | ) | |
| JACOB JACKSON, KASEY JACKSON, | ) | |
| DERIL LEES, ROBIN LEES, DERIL LEES, JR. | ) | |
| DEREK SANDERS and ALYSSA SANDERS | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Application for Admission to Practice Pro Hac Vice concerning Joe M. Hampton.

Upon review and consideration of this Motion, which was accompanied by submission of the necessary fee, the Court hereby **GRANTS** this Motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Hampton is admitted to appear before this Court pro hac vice.

Signed: June 3, 2016

Graham C. Mullen
United States District Judge