# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| GreerWalker, LLP, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00235-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Jacob Jackson | ) | |
| Kasey Jackson | | |
| Alyssa Sanders | | |
| Deril Lees | | |
| Deril Lees Jr. | | |
| Sarah Lees | | |
| Derek Sanders, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 14, 2017 Order.

March 14, 2017

Frank G. Johns, Clerk
United States District Court